UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | Civil Action Case No. 2:13-cv-10511-AJT-RSW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address, ) | |
| 68.43.153.224, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## EX-PARTE MOTION TO REMOVE PLAINTIFF PATRICK COLLINS, INC. FROM THE CASE CAPTION

Plaintiff, Malibu Media, LLC moves for the entry of an order to correct the current case style on the Eastern District of Michigan CM/ECF website, and states:

1. This is a copyright case against the doe Defendant known to Plaintiff only by an IP address.

2. On or about February 8, 2013, Plaintiff filed its Complaint through the CM/ECF website.

3. Although the correct case style is reflected in the filed documents, Plaintiff inadvertently entered the incorrect Plaintiff on CM/ECF.

4. Specifically, on CM/ECF the case is styled "Patrick Collins, Inc. v. John Doe subscriber assigned IP address 68.43.153.224" whereas the case should be styled "Malibu Media, LLC, v. John Doe subscriber assigned IP address 68.43.153.224."

5. Plaintiff sincerely apologizes to the court for any inconvenience that this may have caused.

1

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order requiring the Clerk to correct the style on CM/ECF.  A proposed order is attached as Exhibit A.

Dated:  February ___, 2013

          Respectfully submitted,

          NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti, Esq. (P44419)
      36880 Woodward Ave, Suite 100
      Bloomfield Hills, MI 48304
      Tel:  (248) 203-7800
      Fax:  (248) 203-7801
      E-Fax: (248) 928-7051
      Email:  paul@nicoletti-associates.com
      *Attorneys for Plaintiff*

CERTIFICATE OF COMPLIANCE

Pursuant to MI R USDCTED LR 5.1(a) I hereby certify that the PLAINTIFF'S NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3).  This document was prepared using Times New Roman (12 pt.).

By:   /s/ *Paul J. Nicoletti*
      Paul J. Nicoletti

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *Paul J. Nicoletti*